**SHEA & SHEA**
A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar No. 38396)
MICHAEL M. SHEA, JR. (State Bar No. 126983)
MARK B. O'CONNOR (State Bar No. 126960)
NICOLE N. HANCOCK (State Bar No. 221457)
THE JAMES SQUARE BUILDING
255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CA 95110
Phone: (408) 292-2434
Fax: (408) 292-1264
Attorneys for Plaintiff

*E-FILED 3/30/2009*

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5082
  FAX: (408) 535-5081
  claire.cormier@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERNON ANDREW BEHRENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant ) <br> _____ ) | No. 08-04274 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE** |

Pursuant to the February 10, 2009 Case Management Order, the deadline for mediation for this case is May 11, 2009. Trial is scheduled to commence on October 19, 2009. Plaintiff's deposition has been scheduled for April 21, 2009, and the parties are in the process of scheduling examination(s) of the plaintiff pursuant to Rule 35 of the Federal Rules of Civil Procedure.

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
Case No. 08-04274 HRL

1  On March 20, 2009, counsel for the parties participated in a telephone conference with
2  the court-appointed mediator, Perry Irvine. Mr. Irvine informed counsel that he was likely to be
3  unavailable the first two weeks of May 2009. It appears that the earliest date after that time that
4  all parties are available is May 27, 2009. However, the parties have not yet confirmed Mr.
5  Irvine's availability on that date. Accordingly, the parties hereby stipulate and request that the
6  mediation deadline be extended to June 19, 2009.

Respectfully submitted,

DATED: March 26, 2009                JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     /s/ Claire T. Cormier
                                     _____
                                     CLAIRE T. CORMIER[1]
                                     Assistant United States Attorney

DATED: March 26, 2009                SHEA & SHEA

                                     /s/ Nicole N. Hancock
                                     _____
                                     NICOLE N. HANCOCK
                                     Attorneys for Plaintiff

## ~~[PROPOSED]~~ ORDER

Upon stipulation of the parties, and good cause appearing, it is so ordered.

DATE: March 30, 2009                 _____
                                     HOWARD R. LLOYD
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING MEDIATION DEADLINE
Case No. 08-04274 HRL                1