**SHEA & SHEA**                                                  *E-FILED 6/26/2009*
A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar No. 38396)
MICHAEL M. SHEA, JR. (State Bar No. 126983)
MARK B. O'CONNOR (State Bar No. 126960)
NICOLE N. HANCOCK (State Bar No. 221457)
THE JAMES SQUARE BUILDING
255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CA 95110
Phone: (408) 292-2434
Fax: (408) 292-1264
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERNON ANDREW BEHRENS, ) | No. 08-04274 HRL |
| ) | |
| Plaintiff, ) | **STIPULATION AND [XXXXXXXX]** |
| ) | **ORDER EXTENDING DEADLINE** |
| v. ) | **FOR DISCLOSURE OF EXPERTS** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Pursuant to the February 10, 2009 Case Management Order, the deadline for disclosure of expert witnesses if June 26, 2009. Trial is scheduled to commence on October 19, 2009.

//

//

//

STIPULATION AND [XXXXXXXX] ORDER EXTENDING EXPERT DISCLOSURE DEADLINE
Case No. 08-04274 HRL

1  The parties have participated in a mediation and are continuing to discuss settlement.
2  Accordingly, the parties hereby stipulate and request that the deadline for disclosure of expert
3  witnesses be extended to July 10, 2009.

                                    Respectfully submitted,

DATED: June 26, 2009                JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    /s/ Claire T. Cormier
                                    _____
                                    CLAIRE T. CORMIER[1]
                                    Assistant United States Attorney


DATED: June 26, 2009                SHEA & SHEA


                                    /s/ Nicole N. Hancock
                                    _____
                                    NICOLE N. HANCOCK
                                    Attorneys for Plaintiff


## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, it is so ordered.   All other dates set in the February 10, 2009 Case Management Order remain the same.  The fact that this extension is being granted will not be deemed good cause for any future requests for extension of time.

DATE:  ____June 26, 2009_____       _____
                                        HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINE
Case No.  08-04274 HRL                     1